**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In re:

Lisa M. Wardwell,

            Debtor

Chapter 11
Case No. 23-10174

**ORDER TO SHOW CAUSE AT HEARING**

On September 12, 2023, the Debtor Lisa M. Wardwell commenced this case under chapter 11 by filing a voluntary petition.   In such circumstances, Federal Rule of Bankruptcy Procedure 1007(d) requires a debtor to "file with the petition a list containing the name, address and claim of the creditors that hold the 20 largest unsecured claims, excluding insiders, as prescribed by the appropriate Official Form."   Fed. R. Bankr. P. 1007(d) (noting that list is required in addition to list under Rule 1007(a)); *see also* D. Me. LBR 1007-1(b) (requiring Rule 1007(d) list to include each creditor's telephone number).   One purpose of the Rule 1007(d) list is to facilitate prompt member selection for any committee of unsecured creditors, if such a committee is to be appointed.   *See* Fed. R. Bankr. P. 1007 advisory committee's note to 1983 enactment; 11 U.S.C. § 1102(a)(1), (3).   The Rule 1007(d) list can also provide key information to the Court about the different types of claims in a case.   *See* Fed. R. Bankr. P. 1007 advisory committee's note to 1983 enactment.

Ms. Wardwell did not file the Rule 1007(d) list with her petition.   Thus, the Court is considering dismissal of this case due to Ms. Wardwell's noncompliance with Rule 1007(d).

At a hearing on September 18, 2023, at 1:30 p.m., Ms. Wardwell is ordered to show cause why this case should not be dismissed due to her failure to comply with Rule 1007(d). The hearing will be held at the United States Bankruptcy Court, 202 Harlow Street, Bangor,

1

Maine.   Those wishing to participate by telephone must contact CourtCall at 1-866-582-6878 to register within 24 hours of the hearing.

If the Rule 1007(d) list is filed before September 18, 2023, the Court may cancel the hearing.   *Compare* Fed. R. Bankr. P. 1007(d), *and* Fed. R. Bankr. P. 9006(b)(2), *with* 11 U.S.C. § 1112(e).

Dated: September 13, 2023

_____
Michael A. Fagone
United States Bankruptcy Judge
District of Maine