UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

**Lisa M. Wardwell**

Debtor

Chapter 11

Case No. 23-10174

## STATUS REPORT OF LISA M. WARDWELL

NOW COMES Lisa M. Wardwell, Debtor and Debtor in Possession in the above-captioned matter (the "Debtor"), by and through her undersigned counsel, and, pursuant to 11 U.S.C. § 1188(c) and the Court's Order Setting Status Conference dated September 12, 2023 [Dkt. No. 6], hereby files this Status Report:

Status Conference

1. This Court will hold a status conference in this Subchapter V Chapter 11 case pursuant to 11 U.S.C. § 1188(a) on **October 26, 2023** at **01:00 PM**.

Background

2. The Debtor filed her voluntary petition initiating this case on September 12, 2023 (the "Petition Date").

3. The Debtor is the sole member, 100% owner, and manager of the following three businesses: 1) Eagle Management, LLC, which owns the building for the restaurant; 2) Lisa's Restaurant & Lounge, a restaurant located in Augusta, Maine; 3) Lisa's White Flour Catering, a catering business which pays Lisa's wages. *See* Debtor's Schedules A/B and I at Dkt. No. 1.

4. The Debtor has a substantial amount of business debt stemming the closing of Lisa's China Dine-ah LLC and LMW Enterprises, LLC due to Covid and from her personal

guarantee of numerous business creditors. *See* Debtor's Schedules D and E/F at Dkt. No. 1.

5. Prior to the Petition Date, Bangor Savings Bank, the secured lender from the closed business mentioned above, obtained a judgment against the Debtor individually for the deficiency from the foreclosed property.

6. The Debtor filed this Subchapter V Chapter 11 case for the purpose of reorganizing her financial affairs. The Debtor's goal in reorganizing is to address the aforementioned business debts so she may have a fresh start as she continues to operate her other businesses.

## Summary of Debts

7. The Debtor has the following fully or partially secured creditors, as included in Schedule D at Dkt. No. 1:

| Secured Creditor | Claim Amount |
|---|---|
| Citizens One Auto Finance | $29,728.03 |
| Kennebec Savings Bank | $4,782.00 |
| Toyota Financial Services | $11,694.05 |

8. The Debtor also has nonpriority unsecured debt in the total amount of $616,259.54, as reflected in the Debtor's Schedule E/F at Dkt. No. 1.

## Significant Events in the Case

9. The Debtor filed the following First Day Motions on or around the Petition Date: Application to Employ Tanya Sambatakos and Molleur Law Office as Attorney for Debtor [Dkt. No. 7].

10. On September 14, 2023, the United States Trustee filed its Notice of Appointment of Subchapter V Trustee [Dkt. No. 13], appointing Jeffrey T. Piampiano, Esq., as the Subchapter V Trustee in this case.

11. On October 3, 2023, the Court entered its Order Granting Application to Employ Molleur Law Office and Tanya Sambatakos, as Attorneys for the Debtor, Lisa M. Wardwell, Effective as of September 12, 2023 [Dkt. No. 20].

12. The Meeting of Creditors pursuant to Bankruptcy Code section 341(a) is scheduled to be held on October 18, 2023.

## Status of Debtor's Plan of Reorganization

13. Pursuant to Bankruptcy Code section 1189(b), the Debtor's plan of reorganization (the "Plan") is due on or before December 11, 2023. The Debtor anticipates filing her Plan using Official Form 425A and does not anticipate filing a separate disclosure statement. The Debtor does not foresee any issues with meeting the plan filing deadline.

14. The Debtor is working with counsel to amend her schedules I and J to include business budgets and expects to file those shortly.

15. The Plan will pay sufficient funds to general unsecured creditors over the plan term to meet the liquidation analysis and fully provide for all priority unsecured claims in accordance with the requirements of the Bankruptcy Code.

16. The Debtor believes that she will be able to propose a Plan to which her creditors will consent. In the event, however, that the Plan cannot be confirmed consensually, the Debtor anticipates proposing a Plan that may be confirmed in accordance with the provisions of Subchapter V despite any objections thereto.

Dated:  October 12, 2023	Lisa M. Wardwell

BY:  */s/ Tanya Sambatakos*
Tanya Sambatakos, Esq.
MOLLEUR LAW OFFICE
190 Main Street, 3rd floor
Saco, ME 04072
(207) 283-3777
tanya@molleurlaw.com