**EXHIBIT 1** - The identity and fair market value of **Lisa Wardwell's** assets are as follows:

| Property | Valuation | Source of Valuation | Secured Claim Amt. | Value of Exemption | Equity |
|---|---|---|---|---|---|
| 1990 Harley Davidson FLST | $5,000.00 | Sch. B | $0 | $0 | $5,000.00 |
| 2005 Odyssey Mini Wagon | $1,000.00 | Sch. B | $0 | $0 | $1,000.00 |
| 2017 Toyota Rav4 – totaled post-petition; amount listed for value is amount received by debtor by insurance company after Toyota Financial Services lien paid in full | $9,507.00 | Amount from insurance after secured loan paid in full | $9,507.00 – second lien on title filed by Bangor Savings Bank | $0 | $0.00 |
| 2018 Chevrolet Express 2500 | $21,200.00 | Sch. B | $29,728.03 | $0 | $0 |
| 2007 GMC Savannah | $2,500.00 | Sch. B | $2,500.00 – lien on title filed by Bangor Savings Bank | $0 | $0.00 |
| 2017 Dodge Ram Pro | $18,500.00 | Sch. B | $8,500.00 – lien on title filed by Bangor Savings Bank | $10,000.00 | $0 |
| 2017 EZ Hauler EZEC 7 x 18 | $5,000.00 | Sch. B | $0 | $0 | $5,000.00 |
| Misc. household goods | $1,000.00 | Sch. B | $0 | $1,000.00 | $0 |
| Misc. electronics | $1,000.00 | Sch. B | $0 | $1,000.00 | $0 |
| Misc. collectibles | $2,000.00 | Sch. B | $0 | $2,000.00 | $0 |
| Firearms | $2,000.00 | Sch. B | $0 | $2,000.00 | |
| Clothing | $1,500.00 | Sch. B | $0 | $1,500.00 | $0 |
| Misc. jewelry | $2,000.00 | Sch. B | $0 | $2,000.00 | $0 |
| Cash | $6.00 | Sch. B | $0 | $6.00 | $0 |
| Bank accounts | $227.64 | Sch. B | $0 | $128.47 | $99.17 |
| Kennebec Savings Bank | $5,000.00 | Sch. B | $4,782.00 | $0 | $218.00 |
| Metlife Stock (59 Shares) | $3,744.73 | Sch. B | $0 | $500.00 | $3,244.73 |
| Interest in Eagle Management, LLC | $0 | Sch. B | $0 | $0 | $0 |
| Interest in Lisa's Restaurant & Lounge | $40,000.00 | Sch. B | $0 | $0 | $40,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| Interest in Lisa's White Flout Catering | $10,000.00 | Sch. B | $0 | $0 | $10,000.00 |
| Edwards Jones – IRA | $32,311.62 | Sch. B | $0 | $32,311.62 | $0 |
| Edwards Jones – IRA | $6,207.95 | Sch. B | $0 | $6,207.95 | $0 |
| Edward Jones | $0 | Sch. B | $0 | $0 | $0 |
| Pacific Life | $0 | Sch. B | $0 | $0 | $0 |
| New York Life | $26.51 | Sch. B | $0 | $26.51 | $0 |
| Edward Jones | $0 | Sch. B | $0 | $0 | $0 |
| New York Life | $132.35 | Sch. B | $0 | $132.35 | $0 |
| New York Life | $234.89 | Sch. B | $0 | $234.89 | $0 |
| New York Life | $80.72 | Sch. B | $0 | $80.72 | $0 |
| **SUBTOTAL** | $180,179.41 | | $55,017.03 | $59,128.51 | **$64,561.90** |
| **MINUS** 10% cost of liquidation | $162,161.46 | | | | $58,015.92 |
| **MINUS:** Approximate Chapter 7 Trustee Fees 11 U.S.C. § 326 and other administrative expenses (all administered non-exempt equity) | | | | | ($4,801.59) |
| **Ch. 7 LIQUIDATION AMOUNT (Available for Administrative Expenses and Unsecured Creditors in Hypothetical Chapter 7 Case)** | | | | | **$51,634.17** |