EXHIBIT 3: Lisa M. Wardwell~ PLAN CALCULATION, SCHEDULE OF PROPOSED ALLOWED CLAIMS, AND DIVIDEND ANALYSIS

## PART 1: PLAN

|  | Administrative Claim of Counsel Molleur Law Office | Trustee fee | General Unsecured Claims | Total Plan Contribution / Distribution |
|---|---|---|---|---|
| **Claim Amount** | $ 18,000.00 | $ 3,000.00 | $ 42,000.00 | $ 63,000.00 |
| **Initial** |  | $ 3,000.00 | $ - | $ 3,000.00 |
| **Running Balance** | $ 18,000.00 | $ - | $ 42,000.00 |  |
| **1st Annual** | $ 5,000.00 | $ - | $ 7,000.00 | $ 12,000.00 |
| **Running Balance** | $ 13,000.00 | $ - | $ 35,000.00 |  |
| **2nd Annual** | $ 2,000.00 | $ - | $ 10,000.00 | $ 12,000.00 |
| **Running Balance** | $ 11,000.00 | $ - | $ 25,000.00 |  |
| **3rd Annual** | $ 2,000.00 | $ - | $ 10,000.00 | $ 12,000.00 |
| **Running Balance** | $ 9,000.00 | $ - | $ 15,000.00 |  |
| **4th Annual** | $ 4,000.00 | $ - | $ 8,000.00 | $ 12,000.00 |
| **Running Balance** | $ 5,000.00 | $ - | $ 7,000.00 |  |
| **5th Annual** | $ 5,000.00 | $ - | $ 7,000.00 | $ 12,000.00 |
| **Total** | $ 18,000.00 | $ 3,000.00 | $ 42,000.00 | $ 63,000.00 |

## PART 2: SCHEDULE OF PROPOSED ALLOWED CLAIMS AND DIVIDEND ANALYSIS

| **General Unsecured Claims** | Claim No./Source of Claim Amount | Amount Claimed or Scheduled | Proposed Allowed Unsecured Amount |
|---|---|---|---|
| Capital One NA | Claim 1 | $ 16,227.14 | $ 2,201.08 |
| Capital One NA | Claim 4 | $ 286.68 | $ 38.89 |
| Capital One NA | Claim 5 | $ 1,458.11 | $ 197.78 |
| Bangor Savings Bank | Sch. F | $ 78,063.07 | $ 10,588.61 |
| Central Maine Power | Sch. F | $ 2,782.79 | $ - |
| Citibank/The Home Depot | Sch. F | $ 2,241.35 | $ 304.02 |
| Consolidated Communications | Sch. F | $ 504.86 | $ - |
| David & Sheree Southmayd | Sch. F | $ 302,174.18 | $ - |
| Maine General | Sch. F | $ 9,477.00 | $ 1,285.48 |
| NorthCenter PFG | Sch. F | $ 631.56 | $ - |
| NorthCenter PFG | Sch. F | $ 819.60 | $ - |
| Performance Food Service | Sch. F | $ 4,033.05 | $ 547.05 |
| Synchrony Bank/Amazon | Sch. F | $ 357.00 | $ 48.42 |
| Synchrony Bank/TJX | Sch . F | $ 2,667.73 | $ 361.86 |
| US Small Business Administration | Sch. F | $ 194,828.00 | $ 26,426.81 |
| **TOTAL UNSECURED CLAIMS POOL** |  | **$616,552.12** | **$42,000.00** |
| Total Estimated Unsecured Distribution (from PART ONE above) |  |  | $ 42,000.00 |
| **PROJECTED DIVIDEND** |  |  | **13.56%** |