UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

| In re: | |
|---|---|
| **LISA WARDWELL** | Chapter 11 |
| Debtor | Case No. 23-10174 |

### CERTIFICATION OF VOTING ON DEBTOR'S MODIFIED PLAN DATED DECEMBER 27, 2023

Lisa Wardwell, Debtor and Debtor-in-Possession in the above-captioned matter (the "Debtor"), by and through its undersigned counsel, hereby submits this Certification of Voting to report the results of voting on the Debtor's Modified Plan of Reorganization for Small Business Under Chapter 11 [Dkt. No. 33] (the "Plan") and hereby represents and certifies as follows:

1. The Court, in its Order Fixing Deadlines Under Interim Rule 3017.2 [Dkt. No. 34] (the "Deadlines Order"), established **January 25, 2024**, as the last day for filing written acceptances or rejections of the Plan (the "Voting Deadline").

2. The Deadlines Order also established **January 25, 2024**, as the last day for filing written objections to confirmation of the Plan (the "Objections Deadline").

3. In compliance with the Deadlines Order, the Debtor served upon each creditor or holder of an interest listed on the Debtor's matrix, and upon any creditor that had filed a Proof of Claim as of the date of the Deadlines Order at the address specified for notice in said Proof of Claim, true and accurate copies of: (i) the Plan, (ii) Exhibits, (iii) proposed Order confirming the Plan, (iv) Notice of Hearing that included the Objection Deadline, and (v) ballots for voting in conformity with Official Bankruptcy Form 314. *See* Dkt. Nos. 36 and 37.

4. The Voting Deadline has now passed. The results of the voting are summarized as follows:

   a. Class One: Class One is the secured claim of Bangor Savings Bank is unimpaired and not entitled to a vote.

   b. Class Two: Class Two is the secured claims of Toyota Financial Services and Kennebec Savings Bank which are unimpaired and not entitled to vote.

   c. Class Three: Class Three is the secured claim of Citizens Bank N.A. is unimpaired and not entitled to a vote.

   d. Class Four: Class Four contains the unsecured claims for the following creditors:

      - Central Maine Power, $2,782.79 – no vote received
      - Consolidated Communications, $504.86 – no vote received
      - NorthCenter PFG, $631.56- no vote received
      - NorthCenter PFG, $819.60 – no vote received
      - David & Sheree Southmayd, $302,174.18 – voted to **ACCEPT** the plan

   e. Class Five: Class Five contains the allowed claims of the Debtor's nonpriority unsecured creditors. No votes were received from Class Five creditors.

   f. Class Six:  Class Six includes the interests of the individual Debtor, who is not entitled to vote.

5. The Plan contains no additional Classes of claims or interests.

6. Classes Four and Five are impaired under the Plan and thus the only Classes entitled to vote to ACCEPT or REJECT the Plan.

7. No votes were received for Class Five on the Plan.

8. Approximately ninety six percent (98%) of the total dollar value of claims in Class Four voted to ACCEPT the Plan.  The total amount of the allowed Class Four Claims is $306,912.99 (as reflected on the original schedules).  The total amount of the allowed Class Four claim as set forth in the ballot held by the creditor that voted to ACCEPT the Plan is $302,174.18.  Pursuant to 11 U.S.C. §1126(d), Class Four has ACCEPTED the plan.

From the foregoing, it is evident that the Plan as served on each of the Debtor's creditors and interest holders pursuant to the Court's Deadlines Order [Dkt. No. 34] has been ACCEPTED by one impaired class of claims or interests that was entitled to vote to accept or reject the Plan.  No class of claims voted to reject the Plan.  Therefore, the Plan as filed at Docket Number 33 is a consensual plan eligible for confirmation under 11 U.S.C. § 1191(a).

Dated: January 26, 2024                               Lisa Wardwell

                                                    BY: */s/ Tanya Sambatakos*
Tanya Sambatakos, Esq.
Molleur Law Office
190 Main Street, 3rd fl.
Saco, ME 04072
(207) 283-3777
tanya@molleurlaw.com